RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorney for Defendant
NASSER V. HAMEDANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br><br><br>NASSER V. HAMEDANI, et al,<br><br>          Defendants.<br>_____/ | CR. No. 09-0504-CW<br><br><br><br>**[PROPOSED] ORDER APPOINTING MICHAEL STEPANIAN AS ASSOCIATE COUNSEL ON BEHALF OF NASSER HAMEDANI**<br>_____ |

GOOD CAUSE SHOWN, based on the Notice filed by Randy Sue Pollock, counsel for Nasser Hamedani, IT IS HEREBY ORDERED that Michael Stepanian is appointed as Associate Counsel to assist in the defense of Mr. Hamedani.

Date: _____        _____
                                                                United States Magistrate Judge