BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant HAMEDANI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 09 - 0504 CW |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **WAIVER OF APPEARANCE** |
| | ) | |
| | ) | |
| SHOLEH A. HAMEDANI, | ) | |
| NASSER V. HAMEDANI, | ) | |
| | ) | |
| Defendants. | ) | |

With the consent of counsel for the government, by our signatures below, the undersigned defendants in the above entitled criminal action acknowledge their calendar setting for STATUS on March 2, 2011 at 9:30 a.m. before Hon. Donna M. Ryu, United States Magistrate Judge, and hereby waive their personal appearances on that date.  It is understood between the parties that the only matters addressed at the hearing were the dates of future settings.  The undersigned defendants acknowledge that the next appearance in this case is on June 28, 2011 at 9:30 a.m. before the Duty Magistrate in Oakland.

1    They further acknowledge that they remain under the release conditions imposed on them

2    in this case.

3

4

5    DATED:3/02/11

6    *(signature)*
     SHOLEH A. HAMEDANI

7

8    DATED: 3/02/11 .

9    *(signature)*
     NASSER V. HAMEDANI

10

11

12                                    **ORDER**

13

14    Good cause appearing therefore, it is hereby ORDERED that the personal appearances of

15    the defendants at the STATUS hearing of March 2, 2011 be WAIVED

16

17    **IT IS SO ORDERED.**

18

19    DATED:_____

20                            _____
                              HON. DONNA M. RYU
                              United States Magistrate Judge

21

22

23

24

25

26

1    They further acknowledge that they remain under the release conditions imposed on them

2    in this case.

3

4

5    DATED:3/02/11

6                                                    _____
                                                     SHOLEH A. HAMEDANI

7

8    DATED: 3/02/11

9                                                    _____
                                                     NASSER V. HAMEDANI

10

11                                    **ORDER**

12

13

14    Good cause appearing therefore, it is hereby ORDERED that the personal appearances of

15    the defendants at the STATUS hearing of March 2, 2011 be WAIVED.

16

17    **IT IS SO ORDERED.**

18

19    DATED:_____

20                                                    _____
                                                     HON. DONNA M. RYU
                                                     United States Magistrate Judge

21

22

23

24

25

26

                                          2