BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SHOLEH HAMEDANI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09 - 0504 CW |
| ) | [Filed May 12, 2009] |
| Plaintiff, ) | |
| v. ) | STIPLATION TO CONTINUE |
| ) | MOTIONS HEARING; |
| ) | [PROPOSED ORDER] |
| SHOLEH A. HAMEDANI, ) | |
| NASSER V. HAMEDANI, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

WHEREAS, the government has provided discovery to counsel for both defendants and where the documents and images provided to date are in excess of 100,000 imaged pages, such that the parties consider this matter to be complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

WHEREAS, the government intends to provide further discovery during the early weeks of July and has asked the Securities and Exchange Commission for certain items and may produce such items comprised of native electronic formats of numerous financial records, databases, and spreadsheets;

WHEREAS, counsel for the defendants are in the process of reviewing the discovery produced to date and need additional time to complete the review and analysis of the discovery provided by the government to date, and the forthcoming discovery, in order to

1  effectively prepare motions;

2  WHEREAS, this court excluded time pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii)
3  and 18 U.S.C. § 3161(h)(7)(B)(iv) until the trial date of March 5, 2012 based on complexity of
4  the case, effective preparation of counsel, and continuity of counsel;

5  WHEREAS, counsel for Mr. Hamedani anticipates being in trial past the currently
6  set motions filing date of July 20, 2011, and even with the assistance of second counsel, who has
7  not been in the case long, requires additional time in which to file motions, review the case, and
8  discuss the case with her client;

9  WHEREAS, the parties wish to have the opportunity to discuss resolution of this
10 case after a reasonable review of discovery and investigation have been conducted, but before the
11 filing of motions;

12 WHEREAS, counsel for the parties jointly agree and stipulate that a continuance
13 of this matter is appropriate given the complexity of the matter and the need for effective
14 preparation of counsel and where the next available and appropriate date where all counsel are
15 available is October 19, 2011, such that there is a need for a continuance to such date based on
16 effective preparation of and continuity of counsel;

17 THEREFORE, the parties mutually and jointly stipulate that the MOTIONS
18 HEARING setting of September 14, 2011 be vacated and reset for October 19, 2011, based on
19 the complexity of this case, the need for effective preparation of counsel, and the need for
20 continuity of counsel.

21

22 **STIPULATED:**

23

24 DATED:07/01/11                              /s
                                        JOHN PAUL REICHMUTH
25                                      Attorney for SHOLEH A. HAMEDANI

26

DATED: 07/01/11         /s/
RANDY SUE POLLOCK
Attorney for NASSER V. HAMEDANI

DATED: 07/01/11         /s/
TIMOTHY J. LUCEY
Assistant United States Attorney

## ORDER

For good cause shown, the Court continues the MOTIONS HEARING from September 14, 2011 until October 19, 2011 at 2:30 p.m., and sets the following briefing schedule: Pretrial Motions shall be filed by September 7, 2011; Opposition thereto shall be filed by September 28, 2011; and Replies shall be filed by October 5, 2011. If Motions are not filed, the parties are to appear for STATUS on September 14, 2011 at 2:30 p.m. The STATUS setting of July 27, 2011 is vacated.

Time previously has been excluded in the case until March 5, 2012, and this Order does not alter the Trial date set in this matter.

**IT IS SO ORDERED.**

**DATED:**_____         _____
**HON. CLAUDIA WILKEN**
**United States District Judge**

Stip re: Continue and Exclude         3