RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone:  510-763-9967
Facsimile:  510-272-0711

Attorney for Nasser Hamedani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SHOLEH A. HAMEDANI,<br>NASSER V. HAMEDANI,<br><br>                    Defendants.<br>_____/ | **No.  CR 09 - 0504 CW**<br>[Filed May 12, 2009]<br><br><br>**[PROPOSED] STIPULATION<br>TO VACATE COURT DATES<br>AND RESET MOTIONS HEARING<br>AND BRIEFING SCHEDULE**<br>_____ |

WHEREAS, the government has provided extensive discovery to counsel for both defendants and where the documents and images provided to date are in excess of 50,000 imaged pages, such that the parties consider this matter to be complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

WHEREAS, counsel for the defendants are in the process of reviewing the discovery produced to date and need additional time to complete the review and analysis of the discovery provided by the government to date, in order to effectively prepare for the defense of this matter, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate given the complexity of the matter and the need for effective preparation of counsel;

STIPULATION AND [PROPOSED] ORDER
*United States v. Hamedani*
[CR 09 - 0504 CW]                    1

1    WHEREAS, counsel for defendant Nasser Hamedani completed a five month trial

2    before the Honorable William H. Alsup in *United States vs. Cerna*, et al, (CR. 08-730-

3    WHA) on August 30, 2011; and

4    WHEREAS all counsel are presently involved in preliminary settlement discussions

5    and need additional time to meet and confer with their clients.

6    THEREFORE, the parties mutually and jointly stipulate that:

7    1.  The status conference set for September 14th at 2:30 p.m. should be vacated and a

8    pretrial conference will be scheduled for October 26, 2011 at 2:30 p.m.;

9    2.   The motions hearing date of October 19, 2011 should be vacated and continued to

10   November 23, 2011 at 2:30 p.m.;

11   3.  Defense motions shall be due on October 12, 2011; government opposition shall be

12   due November 2nd; and any defense reply shall be due on November 9th.

13   The parties also agree, and the Court has found previously, that the case involves

14   government allegations of a complicated fraud scheme with substantial evidence, both

15   paper and electronic, and that thus "the case is so unusual or so complex, due to . . . the

16   nature of the prosecution, or the existence of novel questions of fact or law, that it is

17   unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself

18   within the time limits established by the Speedy Trial Act." See 18 U.S.C. §

19   3161(h)(7)(B)(ii).  Time has already been excluded until March 5, 2012.

20   **STIPULATED:**

21   DATED: September 6, 2011                    _____/s_____

22                                              JOHN PAUL REICHMUTH
                                                Attorney for SHOLEH A. HAMEDANI

23

24   DATED: September 6, 2011                    _____/s_____
                                                RANDY SUE POLLOCK

25                                              Attorney for NASSER V. HAMEDANI

26   DATED: September 6, 2011                    _____/s_____

27                                              TIMOTHY J. LUCEY
                                                Assistant United States Attorney

28

STIPULATION AND [PROPOSED] ORDER
*United States v. Hamedani*
[CR 09 - 0504 CW]                    2

1

## ORDER

2      For good cause shown, the Court calendared a pretrial conference for **Wednesday,**

3 **October 26, 2011 at 2:30 p.m.**  The Court also continued the matter for hearing on

4 motions until **Wednesday, November 23, 2011, at 2:30 p.m.**

5      Time previously has been excluded in the case until March 5, 2012, and the Court

6 enters this order excluding time from September 14, 2011, up to and including March 5,

7 2011.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

8      The parties also agree, and the Court finds and holds, that the case involves

9 government allegations of a complicated fraud scheme with substantial evidence, both

10 paper and electronic, and that thus "the case is so unusual or so complex, due to . . . the

11 nature of the prosecution, or the existence of novel questions of fact or law, that it is

12 unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself

13 within the time limits established" by the Speedy Trial Act.  See 18 U.S.C. §

14 3161(h)(7)(B)(ii).  Finally, the parties agree, and the Court finds and holds, that the ends

15 of justice served by excluding time from September 14, 2011 through March 5, 2012

16 outweigh the best interest of the public and the defendants in a speedy trial.  Id. §

17 3161(h)(7)(A).

18      **IT IS SO ORDERED.**

19

20 **DATED:**_____    _____

21                              **HON. CLAUDIA WILKEN**
                             **United States District Court Judge**

22

23

24

25

26

27

28