|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 09 - 0504 CW |
|---|---|
| Plaintiff, | ) [Filed May 12, 2009] |
| v. | ) |
| SHOLEH A. HAMEDANI, | ) |
| NASSER V. HAMEDANI, | ) |
| Defendants. | ) |

WHEREAS, the defendants SHOLEH A. HAMEDANI and NASSER V. HAMEDANI are currently out of custody and scheduled to appear for judgment and sentencing in this matter before this Court on Tuesday, February 21, 2012, at 2:30 p.m.;

WHEREAS, the parties are in receipt of the final PSR from the Probation Department, which set forth recommendations at variance from the parties' recommended sentences in each of the defendants' binding plea agreements withe United States, such that it is necessary for the parties to review and analyze these reports and thereafter confer in advance of sentencing, prior to filing each party's respective sentencing memorandum;

WHEREAS, such efforts are impracticable under the current timeline for sentencing, such a short continuance is necessary and appropriate in order to permit that process to be completed and incorporated into the parties' sentencing memoranda to be filed with this Court;

//

STIPULATION AND [PROPOSED] ORDER
*United States v. Hamedani*
[CR 09 - 0504 CW]                                     1

WHEREAS, the United States continues to receive victim impact statements as well as inquiries from potential or actual victims who wish to attend the sentencing hearing but may not be able to make arrangements in time to appear for and be heard at sentencing, as is their right under 18 U.S.C. § 3664, such that a short continuance is necessary and appropriate in order to accommodate as many victims as is possible and practicable;

WHEREAS, counsel for the United States is scheduled to begin a two to three week jury trial in district court in San Jose before the Honorable Ronald M. Whyte on Monday, March 25, 2012, such that the parties have agreed that a continuance, if granted, should set the new date for sentencing after that trial concludes;

WHEREAS, the parties have conferred with the assigned Probation Officer, who has indicated that she has no objection to continuing the sentencing until Tuesday, April 3, 2012, at 2:30 p.m., before this Court for judgment and sentencing;

WHEREAS, the parties have conferred with this Court's deputy, who has indicated that Tuesday, April 3, 2012, at 2:30 p.m., is an available date on this Court's calendar;

//
//
//
//
//
//
//
//
//
//
//
//
//
//

**THEREFORE, IT IS STIPULATED** by and between the parties, and hereby agreed to, that the final judgment and sentencing of the defendants be continued until **Tuesday, April 3, 2012, at 2:30 p.m.**

**IT IS SO STIPULATED.**

DATED: February 16, 2012

/s/
JOHN PAUL REICHMUTH
Attorney for SHOLEH A. HAMEDANI

DATED: February 16, 2012

/s/
RANDY SUE POLLOCK
Attorney for NASSER V. HAMEDANI

MELINDA HAAG
United States Attorney

DATED: February 16, 2012

/s/
TIMOTHY J. LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: February 21, 2012

HON. CLAUDIA WILKEN
**United States District Court**

STIPULATION AND [PROPOSED] ORDER
*United States v. Hamedani*
[CR 09 - 0504 CW]     3