```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2

 3  J. DOUGLAS WILSON (DCBN 412811)
    Deputy Chief, Criminal Division
 4
    TIMOTHY J. LUCEY (CABN 172332)
 5  Assistant United States Attorneys

 6      150 Almaden Boulevard, Suite 900
        San Jose, California 95113
 7      Telephone:  (408) 535-5054
        Fax:  (408) 535-5066
 8      E-Mail:  Timothy.Lucey@usdoj.gov

 9  Attorneys for the United States of America
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CR 09 - 0504 CW |
|---|---|---|
| Plaintiff, | ) | UNITED STATES' RESPONSE TO DEFENDANT'S REQUEST FOR EXTENSION OF SELF-SURRENDER DATE |
| v. | ) | |
| NASSER V. HAMEDANI, | ) | Judge: Hon. Claudia Wilken |
| Defendant. | ) | |

USA RESP. TO DEFT'S REQ. RE:  SELF-SURRENDER DATE
CR 09 - 0504 CW

PURSUANT TO THIS COURT'S ORDER OF OCTOBER 3, 2012, the United States files this response in connection with the defendant's supplemental filing in support of his motion for an extension of his self-surrender date.

Having reviewed the defendant Nasser V. Hamedani's submittal of medical documents and reports setting forth his medical condition and proscribed treatment regimen, and assuming for the sake of this proceeding that all such information is truthful and accurate, the United States finds that none of the medical issues set forth by Mr. Hamedani's physician indicate any condition that requires immediate hospitalization or inpatient treatment. All of the conditions in these medical records recommend ongoing monitoring and treatment on an outpatient basis as well as the administration of various prescription drugs. None of these conditions appear to be at odds with the service of a term of imprisonment with the Bureau of Prisons.

Accordingly, the United States submits that the defendant had not set forth good cause so as to justify any delay or extension of his current date for self-surrender. Mr. Hamedani should be instructed to report as scheduled to serve his sentence on or before October 8, 2012.

Date: October 5, 2012

Respectfully Submitted,
MELINDA HAAG
United States Attorney


_____/s_____
TIMOTHY J. LUCEY
Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**United States' Response To Defendant's
Request For Extension of Self-Surrender Date**

in the case of **UNITED STATES V. NASSER V. HAMEDANI, CR 09-0504 CW** to be served on the party in this action, by mailing a true copy thereof, addressed as follows:

**Nasser Hamedani
5050 Wittenmeyer Court
Antioch, CA 94531**

____ (By Hand Delivery), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

____ (By Email), I caused each such document to be sent by Email to the person or offices of each addressee(s) above.

__X__ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Jose, California.

____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   October 5, 2012

_____
ELISE ETTER
Legal Assistant
United States Attorney's Office